UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-80379-CV-MIDDLEBROOKS

ALAN GROCHOWSKI, SR, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

AMERICAN PROTECTION PLANS LLC
D/B/A AMERICAN RESIDENTIAL
WARRANTY and WHAT IF DIRECT, LLC,

    Defendant.

_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court upon Plaintiff Alan Grochowski, Sr.'s Notice of Voluntary Dismissal with Prejudice as to his individual claims and without prejudice as to any other members of the putative class, filed on June 3, 2024. (DE 6). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have served neither. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

    (1) Plaintiff's individual claims against Defendants are **DISMISSED WITH PREJUDICE.**

(2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 4th day of June, 2024.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE